■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO VARGAS, Appellant. — Judgment of the Supreme Court, Nassau County (Thorp, J.), rendered April 15, 1983, affirmed. No opinion. The case is remitted to the Supreme Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.